**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION**

| | |
|---|---|
| Kelcy Warren,<br><br>    *Plaintiff*,<br><br>         v.<br><br>Booz Allen Hamilton Inc.<br><br>    *Defendant*. | Case No. 8:24-cv-1252-LKG |

**Defendant Booz Allen Hamilton Inc.'s Motion to Dismiss and Accompanying
Memorandum of Points and Authorities**

Defendant Booz Allen Hamilton Inc., by and through its undersigned counsel, hereby

moves the Court for an Order dismissing the case for failure to state a claim under Rule 12(b)(6).

Pursuant to Local Rule 105, the grounds, reasoning, and authority for this Motion are set

forth in the accompanying memorandum of law, which is incorporated herein.

1

Dated: May 24, 2024

Respectfully submitted,

WILLIAMS & CONNOLLY LLP

By:    /s/ Robert A. Van Kirk
Robert A. Van Kirk (*pro hac vice*)
Steven M. Cady*
Andrew L. Hoffman*
Ilana Frier (Bar No. 30515)
Natalie R. Schmidt*
Matthew Cunningham*
680 Maine Avenue SW
Washington, DC  20024
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
rvankirk@wc.com
scady@wc.com

* *Pro hac* application forthcoming

*Counsel to Booz Allen Hamilton Inc.*

2