### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| KELCY L. WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-cv-01252-LKG |
| v. ) | |
| ) | Dated:  February 21, 2025 |
| BOOZ ALLEN HAMILTON, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

### ORDER

For the reasons stated in the Court's memorandum opinion dated February 21, 2025, in the above-captioned matter, the Court:

1. **GRANTS-in-PART** and **DENIES-in-PART** the Defendant's motion to dismiss; and
2. **DISMISSES** the Plaintiff's negligent supervision claim in Count II of the complaint.

The Defendant shall **ANSWER**, or otherwise **RESPOND TO**, the remaining claims in the amended complaint on or before **March 21, 2025**.

Judgment shall be entered accordingly.

No costs.

**IT IS SO ORDERED.**

                                                          s/Lydia Kay Griggsby
                                                          LYDIA KAY GRIGGSBY
                                                          United States District Judge