IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| KELCY L. WARREN<br><br>*Plaintiff,*<br><br>v.<br><br>BOOZ ALLEN HAMILTON, INC.<br><br>*Defendant.* | Civil Action No. 8:24-cv-01252-LKG<br><br>**Jury Trial Demanded** |

**JOINT STATUS REPORT**
**IN RESPONSE TO APRIL 28, 2025 SCHEDULING ORDER**

Plaintiff Kelcy L. Warren ("Warren") and Defendant Booz Allen Hamilton, Inc. ("Booz Allen") (together, the "Parties") respectfully file this Joint Status Report in response to the Court's April 28, 2025 Scheduling Order (Dkt. 46) (the "Scheduling Order").

**1.     Whether the Parties seek any modifications to the deadline, default deposition hour limit or other provisions of the Scheduling Order. If so, the Parties shall also provide proposed new deadlines.**

The Parties respectfully seek to modify the deadlines in the Scheduling Order as shown below.

| Action or Event | Scheduling Order Deadline | Requested Modified Deadline |
|---|---|---|
| Plaintiff's Rule 26(a)(2) expert disclosures | July 14, 2025 | January 9, 2026 |
| Defendant's Rule 26(a)(2) expert disclosures | August 14, 2025 | February 13, 2026 |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | August 28, 2025 | February 27, 2026 |
| Rule 26(e)(2) supplementation of disclosures and responses | September 4, 2025 | March 6, 2026 |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | September 25, 2025 | March 27, 2026 |

1

| Requests for admission | October 2, 2025 | April 3, 2026 |
|---|---|---|
| Notice of Intent to File a Pretrial Dispositive Motion | October 23, 2025 | April 24, 2026 |

As shown above, the Parties seek approximately a six-month extension for these deadlines. The requested extension reflects the Parties' good faith approximation of the time needed to complete discovery in this litigation, which is likely to involve a number of depositions, document productions, and potentially difficult and time-consuming third-party discovery.

The Parties further request that the deposition hour limit in the Scheduling Order be increased from 25 hours per side to 40 hours per side, with each deposition counting a minimum of 5 hours.

**2.    Whether the Parties consent to proceed before a magistrate judge for all purposes.**

The Parties do not consent to proceed before a magistrate judge for all purposes.

**3.    Whether the Parties agree to participate in a mediation session before a magistrate judge.**

The Parties agree to participate in a mediation session before a magistrate judge. The Parties propose that the mediation take place on or before December 5, 2025.

**4.    The scope and nature of discovery.**

The Parties anticipate taking discovery of some or all of the below issues raised in Warren's First Amended Complaint (Dkt. 32) and Booz Allen's Answer and Affirmative Defenses (Dkt. 44). The Parties have agreed to meet and confer regarding these topics.

(a) Booz Allen's contracts with the Department of the Treasury or the IRS;

(b) Booz Allen's employment practices related to its contract work with the Department of the Treasury or the IRS;

(c) Booz Allen's policies and procedures related to its contract work with the Department of the Treasury or the IRS;

(d) Booz Allen's policies and procedures related to cybersecurity;

(e) Booz Allen's policies and procedures related to the handling of confidential information;

(f) Booz Allen's decision(s) to hire Charles Littlejohn;

(g) Booz Allen's training of Charles Littlejohn;

(h) The scope of Charles Littlejohn's employment;

(i) Charles Littlejohn's access to taxpayer data;

(j) Booz Allen's oversight of Charles Littlejohn;

(k) Charles Littlejohn's job performance;

(l) The leak of confidential taxpayer information by Charles Littlejohn;

(m) Booz Allen's knowledge of Charles Littlejohn's leak of confidential taxpayer information;

(n) Booz Allen's response to Charles Littlejohn's leak of confidential taxpayer information;

(o) The criminal investigation, indictment, prosecution, and conviction of Charles Littlejohn;

(p) Booz Allen's participation in the criminal investigation, indictment, prosecution, and conviction of Charles Littlejohn;

(q) Warren's discovery of Charles Littlejohn's leak of Warren's confidential taxpayer information;

(r) Warren's discovery of Booz Allen's involvement in Charles Littlejohn's leak of Warren's confidential taxpayer information; and

(s) Warren's damages resulting from Booz Allen's actions.

Dated: May 9, 2025

By: /s/ *Sarah E. McVay*

**KIRKLAND & ELLIS LLP**

Sarah E. McVay
Maryland Bar No. 30256
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 389-5271
Fax: (202) 389-5200
Email: sarah.mcvay@kirkland.com

Jeremy A. Fielding *(pro hac vice)*
Carson D. Young *(pro hac vice)*
Sydney Corry *(pro hac vice)*
4550 Travis Street
Dallas, Texas 75205
Tel: (214) 972-1770
Fax: (214) 972-1771
Email: jeremy.fielding@kirkland.com
    carson.young@kirkland.com
    sydney.corry@kirkland.com

**ATTORNEYS FOR PLAINTIFF
KELCY L. WARREN**

By: /s/ *Robert A. Van Kirk*

**WILLIAMS & CONNOLLY LLP**

Robert A. Van Kirk (*pro hac vice*)
Steven M. Cady (*pro hac vice*
application forthcoming)
Andrew L. Hoffman (*pro hac vice*
application forthcoming)
Ilana Frier (Bar No. 30515)
680 Main Avenue SW
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
Email: rvankirk@wc.com
    scady@wc.com
    ahoffman@wc.com
    ifrier@wc.com

**ATTORNEYS FOR DEFENDANT
BOOZ ALLEN HAMILTON INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 9th day of May, 2025, and will, therefore, be served electronically upon the following counsel of record:

    Robert A. Van Kirk
    Steven M. Cady
    Andrew L. Hoffman
    Ilana Frier
    WILLIAMS & CONNOLLY LLP
    680 Main Avenue SW
    Washington, D.C. 20024

                                                      */s/ Sarah E. McVay*
                                                      Sarah E. McVay