**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KELCY L. WARREN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 24-cv-01252-LKG |
| v. ) | |
| ) | Dated: May 13, 2025 |
| BOOZ ALLEN HAMILTON, INC., ) | |
| ) | |
| Defendant. ) | |
| ) | |

## AMENDED SCHEDULING ORDER

On May 9, 2025, the parties filed a joint status report requesting that the Court: (1) refer this matter to a magistrate judge for a mediation session; (2) modify the deadlines in the Court's April 28, 2025, Scheduling Order (ECF No. 46) by six months, so that the Plaintiff can complete discovery; and (3) modify the default deposition hour limit from 25 hours per side, as stated in the Court's April 28, 2025, Scheduling Order (ECF No. 46), to 40 hours per side. ECF No. 47.

In light of the foregoing, the Court:

(1) **CANCELS** the Rule 16 Case Management Conference scheduled for May 23, 2025;

(2) **REFERS** this matter to a magistrate judge for a mediation session;

(3) **MODIFIES** Section II of the April 28, 2025, Scheduling Order as follows:

| | |
|---|---|
| June 23, 2025 | Motions to amend the pleadings or for joinder of additional parties |
| January 9, 2026 | Plaintiff's Rule 26(a)(2) expert disclosures |
| February 13, 2026 | Defendant's Rule 26(a)(2) expert disclosures |
| February 27, 2026 | Plaintiff's rebuttal Rule 26(a)(2) expert disclosures |
| March 6, 2026 | Rule 26(e)(2) supplementation of disclosures and responses |

| | |
|---|---|
| March 27, 2026 | Completion of Discovery; submission of Post-Discovery Joint Status Report, *see* Part V |
| April 3, 2026 | Requests for admission |
| April 24, 2026 | Notice of Intent to File a Pretrial Dispositive Motion, *see* Case Management Order Part II.A |

(4) **MODIFIES** Section IV., Paragraph D of the April 28, 2025, Scheduling Order as follows:

> Absent a request to increase or decrease deposition hours, each side shall be limited to 40 hours of depositions of fact witnesses, including parties. If there are two or more parties on a particular side, they must share the allotted deposition time unless the Court rules otherwise upon a request from those parties. Any colloquy engaged in by counsel shall be counted against the deposition time of that counsel's client.

The remaining provisions in the April 28, 2025, Scheduling Order shall remain in place.

**IT IS SO ORDERED.**

        s/ Lydia Kay Griggsby
        LYDIA KAY GRIGGSBY
        United States District Judge