**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| KELCY L. WARREN<br><br>*Plaintiff,*<br><br>v.<br><br>BOOZ ALLEN HAMILTON INC.<br><br>*Defendant.* | Civil Action No. 8:24-cv-01252-LKG<br><br>**Jury Trial Demanded** |

**JOINT STATUS REPORT IN RESPONSE TO**
**MARCH 13, 2026, AMENDED SCHEDULING ORDER**

Plaintiff Kelcy L. Warren ("Warren") and Defendant Booz Allen Hamilton Inc. ("Booz Allen") (together, the "Parties") respectfully file this Joint Status Report in response to the Court's March 13, 2026 Amended Scheduling Order (Dkt. 67) (the "Amended Scheduling Order"). On May 12, 2026, the Parties filed a Joint Status Report in Response to the Amended Scheduling Order. Though the Court has not entered this Joint Status Report (Dkt. 87), the Parties have been observing the proposed amended deadlines. Since filing the May 12, 2026 Joint Status Report, there have been additional discovery conferences between the Parties, as well as a discovery hearing with and related rulings from Magistrate Judge Simms. As a result, the Parties ask that the Court enter this Joint Status Report, amend the scheduling order in accordance with the extensions requested herein, and find moot the previously-filed Joint Status Report at Dkt. 87.

**1. Whether the Parties seek any modifications to the deadline, default deposition hour limit or other provisions of the Scheduling Order. If so, the Parties shall also provide proposed new deadlines.**

The Parties respectfully seek to modify the deadlines in the Scheduling Order as shown below.

| Action or Event | Scheduling Order Deadline (Dkt. 67) | May 12, 2026 Proposed Deadline (Dkt. 87) | New Proposed Modified Deadline |
|---|---|---|---|
| Plaintiff's Rule 26(a)(2) expert disclosures | June 26, 2026 | September 24, 2026 | **November 9, 2026** |
| Defendant's Rule 26(a)(2) expert disclosures | September 4, 2026 | December 3, 2026 | **January 18, 2027** |
| Plaintiff's rebuttal Rule 26(a)(2) expert disclosures | October 16, 2026 | January 14, 2027 | **March 1, 2027** |
| Rule 26(e)(2) supplementation of disclosures and responses | October 23, 2026 | January 21, 2027 | **March 8, 2027** |
| Completion of Discovery; submission of Post-Discovery Joint Status Report | November 13, 2026 | February 11, 2027 | **March 29, 2027** |
| Requests for admission | November 13, 2026 | February 11, 2027 | **March 29, 2027** |
| Notice of Intent to File a Pretrial Dispositive Motion | December 11, 2026 | March 11, 2027 | **April 26, 2027** |

As shown above, the Parties seek approximately a 45-day extension of the deadline extensions requested in the Parties' May 12, 2026 Joint Status Report. (Dkt. 87). The requested extension reflects the Parties' good faith approximation of the time needed to complete discovery in this case, including to resolve certain ongoing discovery discussions, comply with Magistrate Judge Simm's Order at Dkt. 100, and to complete a number of depositions, document productions, and expert disclosures. The extensions are not sought for the purpose of delay.

Dated: August 14, 2026

By: */s/ Sarah E. McVay*

**KIRKLAND & ELLIS LLP**

Sarah E. McVay
Maryland Bar No. 30256
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 389-5271

By: */s/ Andrew L. Hoffman*

**WILLIAMS & CONNOLLY LLP**

Robert A. Van Kirk (*pro hac vice*)
Steven M. Cady (*pro hac vice*)
Joseph Q. Wood *(pro hac vice)*
Andrew L. Hoffman *(pro hac vice)*
Ilana Frier (Bar No. 30515)

Fax: (202) 389-5200
Email: sarah.mcvay@kirkland.com

Jeremy A. Fielding *(pro hac vice)*
Barira Munshi *(pro hac vice)*
Sydney Corry *(pro hac vice)*
McKenzie Aston *(pro hac vice)*
4550 Travis Street
Dallas, Texas 75205
Tel: (214) 972-1770
Fax: (214) 972-1771
Email: jeremy.fielding@kirkland.com
barira.munshi@kirkand.com
sydney.corry@kirkland.com
mckenzie.aston@kirkland.com

**ATTORNEYS FOR PLAINTIFF KELCY L. WARREN**

James N. Sasso *(pro hac vice)*
Sararose Gaines (Bar No. 30832)
680 Main Avenue SW
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
Email: rvankirk@wc.com
scady@wc.com
jwood@wc.com
ahoffman@wc.com
ifrier@wc.com
jsasso@wc.com
sgaines@wc.com

**ATTORNEYS FOR DEFENDANT BOOZ ALLEN HAMILTON INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 14th day of August, 2026, and will, therefore, be served electronically upon the following counsel of record:

Robert A. Van Kirk
Steven M. Cady
Joseph Q. Wood
Andrew L. Hoffman
Ilana Frier
James N. Sasso
Sararose Gaines
WILLIAMS & CONNOLLY LLP
680 Main Avenue SW
Washington, D.C. 20024

*/s/ Sarah E. McVay*
Sarah E. McVay