**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**SOUTHERN DIVISION**

| | |
|---|---|
| KELCY L. WARREN<br><br>*Plaintiff,*<br><br>v.<br><br>BOOZ ALLEN HAMILTON, INC.<br><br>*Defendant.* | Civil Action No. 8:24-cv-01252-LKG<br><br>**Jury Trial Demanded** |

**JOINT REQUEST TO AMEND THE AUGUST 19, 2026**
**DEADLINE TO FILE STATUS REPORT**

The Parties, through their respective counsel, jointly move this Court to amend the deadline for the Parties to submit a joint status report on the results of their meet and confer from August 19, 2026 to August 26, 2026. In support of this request, the Parties state the following:

1. On July 29, 2026, the Court held a telephone hearing and issued an Order (Dkt. 100) ordering the Parties to file a status report updating the Court on the results of their meet and confer regarding discovery disputes by August 19, 2026.

2. Following the July 29, 2026, telephone hearing, the Parties have discussed a proposed plan to address the outstanding issues identified in the Court's Order.

3. During those discussions, Booz Allen requested additional time to be able to collect files from custodians, run ESI terms, and generate de-duplicated and threaded hit reports on a query-by-query basis such that the Parties can then meet and confer before a court reporter about any burden or proportionality issues.

4. Plaintiff does not oppose Booz Allen's request for additional time to complete this predicate step so that the Parties can meet and confer in a productive manner.

5. Accordingly, the Parties seek a 7-day extension to **August 26, 2026**, for the deadline to file a Joint Status Report setting forth the status of their efforts and notifying the Court of any outstanding disputes.

6. The requested extension reflects the Parties' good faith approximation of time needed to complete ongoing discovery search term negotiations in this case, including to resolve certain ongoing discovery discussions.

## CONCLUSION

For the reasons above, the Parties respectfully requests that the Court amend the deadline to file the Joint Status Report on discovery disputes to August 26, 2026.

Dated: August 14, 2026

By: /s/ *Sarah E. McVay*

**KIRKLAND & ELLIS LLP**

Sarah E. McVay
Maryland Bar No. 30256
1301 Pennsylvania Avenue, NW
Washington, D.C. 20004
Tel: (202) 389-5271
Fax: (202) 389-5200
Email: sarah.mcvay@kirkland.com

Jeremy A. Fielding *(pro hac vice)*
Barira Munshi *(pro hac vice)*
Sydney Corry *(pro hac vice)*
McKenzie Aston *(pro hac vice)*
4550 Travis Street
Dallas, Texas 75205
Tel: (214) 972-1770
Fax: (214) 972-1771
Email: jeremy.fielding@kirkland.com
barira.munshi@kirkland.com
sydney.corry@kirkland.com
mckenzie.aston@kirkland.com

**ATTORNEYS FOR PLAINTIFF KELCY L. WARREN**

By: /s/ *Andrew L. Hoffman*

**WILLIAMS & CONNOLLY LLP**

Robert A. Van Kirk (*pro hac vice*)
Steven M. Cady (*pro hac vice*)
Joseph Q. Wood (*pro hac vice)*
Andrew L. Hoffman (*pro hac vice*)
Ilana Frier (Bar No. 30515)
James N. Sasso (*pro hac vice*)
Sararose Gaines (Bar No. 30832)
680 Main Avenue SW
Washington, D.C. 20024
Tel: (202) 434-5000
Fax: (202) 434-5029
Email: rvankirk@wc.com
scady@wc.com
jwood@wc.com
ahoffman@wc.com
ifrier@wc.com
sgaines@wc.com

**ATTORNEYS FOR DEFENDANT BOOZ ALLEN HAMILTON INC.**

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing document was filed electronically on this 14th day of August, 2026, and will, therefore, be served electronically upon the following counsel of record:

Robert A. Van Kirk
Steven M. Cady
Joseph Q. Wood
Andrew L. Hoffman
Ilana Frier
James N. Sasso
Sararose Gaines
WILLIAMS & CONNOLLY LLP
680 Main Avenue SW
Washington, D.C. 20024

*/s/ Sarah E. McVay*
Sarah E. McVay