**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| KELCY L. WARREN,<br>Plaintiff,<br><br>v.<br><br>BOOZ ALLEN HAMILTON, INC.,<br>Defendant. | Civil Action No. 24-cv-01252-LKG<br><br>Dated: August 24, 2026 |

# ORDER

On May 1, 2026, the Defendant, Booz Allen Hamilton Inc. ("Booz Allen"), filed an unopposed motion to seal portions of the Joint Record for Booz Allen's motion for summary judgment as to Count I, pursuant to Rule 105.11 of the Local Rules. ECF No. 85. No objections to the motion have been filed.

The Court finds that the unredacted portions of Exhibit 7 to the Joint Record (ECF No. 86 at 88–103), contain sensitive and personal information. *See* Fed. R. Crim. P. 6(e)(6); *Douglas Oil Co. v. Petrol Stops Northwest*, 441 U.S. 211, 218 (1979). The Court also finds that the unredacted portions of Exhibit 5 (ECF No. 86 at 82–84), contains sensitive personal tax information.

The Court is satisfied that the proposed redactions are narrowly tailored and constitute only a small portion of the Joint Record overall, and that there are no less restrictive alternatives to sealing that would sufficiently protect the confidentiality of this information.

In light of the foregoing, the Court:

(1) **GRANTS** Booz Allen's unopposed motion to seal (ECF No. 85); and

(2) **DIRECTS** the Clerk of the Court to maintain the unredacted Joint Record **UNDER SEAL**, consistent with the redacted version submitted with Booz Allen's motion.

**IT IS SO ORDERED.**

s/ Lydia Kay Griggsby
LYDIA KAY GRIGGSBY
United States District Judge